AO (Rev. 5/85) Criminal Complaint

FILED
ORLANDO,FL
11-6-07
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.

KARIN NECOLE DENNIS

## CRIMINAL COMPLAINT

CASE NUMBER: 6:07-mj- 1395

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 12, 2007, in Seminole County, FL, in the Middle District of Florida, defendant did,

conspire to utter counterfeit securities and manufacture counterfeit securities

in violation of Title 18, United States Code, Sections 371 and 513.

I further state that I am a Special Agent with United States Secret Service, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Michael Plitt, Special Agent
United States Secret Service

Sworn to before me and subscribed in my presence,

November 6, 2007 at Orlando, Florida

Donald P. Dietrich
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**STATE OF FLORIDA**

**COUNTY OF ORANGE** **CASE NO: 6:07-MJ- 1395**

**AFFIDAVIT**
**IN SUPPORT OF COMPLAINT**

I, Special Agent Michael Plitt of the United States Secret Service, being duly sworn state:

1. I am a Special Agent with the United States Secret Service and have been so employed since May 2004. My job responsibilities include, but are not limited to, the investigation of violations of Federal laws pertaining to financial crimes which includes, but is not limited to, bank fraud, counterfeiting, and access device fraud. Prior to joining the United States Secret Service, I served as a sworn local law enforcement officer in Central Florida for eleven (11) years.

2. I make this affidavit from personal knowledge based on my participation in this investigation and information from other criminal investigators, and witnesses. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant for **KARIN NECOLE DENNIS** your affiant has not set forth each and every fact learned during the course of this investigation.

3. In conjunction with your affiant's official duties, your affiant has conducted an investigation into the counterfeiting of securities involving **KARIN NECOLE DENNIS.**

**Overview of the Scheme to Defraud**

4. An investigation conducted by the United States Secret Service has uncovered a scheme to produce and pass counterfeit securities of an

organization, using actual account numbers of such organization, by a group of individuals, including **KARIN NECOLE DENNIS**. The following is an overview of the scheme to defraud:

a. **KARIN NECOLE DENNIS** obtained account and routing numbers of businesses (organizations) from other co-conspirators not named in this affidavit.

b. **KARIN NECOLE DENNIS** produced counterfeit checks using the stolen account information provided by co-conspirators not named in this affidavit.

c. **KARIN NECOLE DENNIS** distributed these counterfeit checks to co-conspirators not named in this affidavit.

d. Co-conspirators not named in this affidavit uttered, or attempted to utter, these counterfeit checks, produced by **KARIN NECOLE DENNIS,** in the Middle District of Florida.

**Investigation leading to KARIN NECOLE DENNIS**

5. On 07/12/07, the Casselberry Police Department detained an individual who had attempted to utter a counterfeit check in the City of Casselberry. This individual identified **KARIN NECOLE DENNIS** as the person who produced the counterfeit check. Further investigation linked **KARIN NECOLE DENNIS** to several other counterfeit checks passed in the City of Sanford.

6. On 07/17/07, the Casselberry Police Department executed a search warrant at the residence of **KARIN NECOLE DENNIS** in the Middle

District of Florida. Several items were seized as evidence as a result of this search warrant which included computers, a printer, and check writing software.

## Interview of KARIN NECOLE DENNIS

7. On 07/17/07, I conducted an interview of **KARIN NECOLE DENNIS** along with detectives of the Casselberry Police Department. **KARIN NECOLE DENNIS** admitted to her involvement in the production of counterfeit checks. **KARIN NECOLE DENNIS** stated she produced approximately seventy-five to eighty checks during the time period of a month and a half. **KARIN NECOLE DENNIS** approximated she personally profited from the scheme by about $10,000.00.

8. **KARIN NECOLE DENNIS** identified several other individuals involved as co-conspirators in this scheme. Some of these co-conspirators supplied bank account information for businesses to **KARIN NECOLE DENNIS**, others organized people to cash the counterfeit checks produced by **KARIN NECOLE DENNIS**, and others cashed counterfeit checks themselves.

## Counterfeit Checks

9. The counterfeit checks produced by **KARIN NECOLE DENNIS** were passed, or attempted to be passed, by several individuals in the Middle District of Florida.

10. The Sanford Police Department alone has confiscated twenty (20) counterfeit checks as a result of individuals who passed, or attempted to pass, the checks in their city. All of these checks have been linked to **KARIN NECOLE DENNIS**.

11. On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge **KARIN NECOLE DENNIS** with a violation of Title 18, United States Code, Section 371, (Conspiracy to Utter Counterfeit Securities), and Title 18 United States Code, Section 513 (Manufacturing Counterfeit Securities), and respectfully request that the Court issue a Warrant for her arrest.

Michael Plitt
Special Agent
United States Secret Service

Subscribed and sworn to
before me this 6 day
of November, 2007, at
Orlando, Florida.

Donald P. Dietrich
United States Magistrate Judge